[No. 58769-2-I.   Division One.   September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE LAFAYETTE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-08459-8, Gregory P. Canova, J., entered August 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58829-0-I.   Division One.   September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JAMAL SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00014-0, Larry E. McKeeman, J., entered September 8, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59338-2-I.   Division One.   September 17, 2007.]

*In the Matter of the Marriage of* SHELLY R. DAVIS, *Appellant*, and RICHARD F. DAVIS, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-3-01104-0, James A. Doerty, J., entered November 13, 2006. *Reversed in part* and *remanded* by unpublished per curiam opinion.

[No. 59352-8-I.   Division One.   September 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK DERYKE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 00-1-00082-0, John M. Meyer, J., entered November 16, 2006. *Affirmed* by unpublished per curiam opinion.